# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

U. S. DISTRICT COURT
FILED
JUL 2 8 2008
S. D. OF N.Y.

-----------------------------------------------------------X

VICTORIA L. BERTOTTI,

                    Plaintiff,

          -against-

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

-----------------------------------------------------------X

07 **CIVIL** 8448 (VM)

**JUDGMENT**

**SCANNED**

     Whereas the parties having stipulated that this action be remanded to the Commissioner of

Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings,

and the matter having come before the Honorable Victor Marrero, United States District Judge, and

the Court, on July 21, 2008, having rendered its Order directing the Clerk of the Court to enter

judgment remanding this matter to the Commissioner for further proceedings, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated July 21, 2008, this action is remanded to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings; Any pending

motions are withdrawn and the case is closed, subject to being reopened for the purposes of any

further proceedings herein necessary as a result of the remand directed by this Order dated

July 21, 2008.

**Dated:**  New York, New York
          July 28, 2008

                                        **J. MICHAEL McMAHON**

                                        _____
                                        **Clerk of Court**

                          **BY:**

                                        _____
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____