ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
VICTORIA L. BERTOLLI,                 :
                                      :
                  Plaintiff,          :   07 Civ 8448
                                      :
    - against -                       :   **ORDER**
                                      :
COMMISSIONER OF SOCIAL SECURITY,      :
                                      :
                  Defendant.          :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Stipulation Order dated July 21, 2008 the Court directed the Clerk of Court to remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to 42 U.S.C. § 405(g) and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that that Order has not been docketed and that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of July 21, 2008 the Clerk of Court is directed to remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to 42 U.S.C. § 405(g) and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:    New York, New York
          25 July 2008

                                          _____
                                          VICTOR MARRERO
                                             U.S.D.J.

MICROFILMED JUL 2 8 2008 -12 00 PM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08